**No. 51995.**—Lustgarten Fabrics, Inc., et al. *v.* United States, protests 6997–K, etc. (New York).

Opinion by KINCHELOE, J. It appeared from the testimony that the merchandise is of the same dutiable character as the umbrella cloth covered by *Caesar & Co.* v. *United States* (6 Cust. Ct. 455, C. D. 515). On the authority of the cited case the protests were sustained as. to all of the claims made, according to the dates of entry or withdrawal from warehouse.